(133 So. 302)

### UNION MUTUAL INS. CO. v. William PEAVY.

7 Div. 993.

Supreme Court of Alabama.
March 26, 1931.

Inzer, Inzer & Davis, of Gadsden, for petitioner.

Alto V. Lee, of Gadsden, opposed.

SAYRE, J.

Petition of the Union Mutual Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Union Mutual Insurance Co. v. William Peavy (7 Div. 631) 133 So. 300.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.